Teresa C. Chow, SBN 237694
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: tchow@bakerlaw.com

Matthew D. Pearson, SBN 294302
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 802002-2662
Telephone: 303.861.0600
Facsimile: 303.861.74805
Email: mpearson@bakerlaw.com

*Attorneys for Defendants*
SHARP HEALTHCARE and GROSSMONT HOSPITAL CORPORATION, dba SHARP GROSSMONT HOSPITAL (erroneously sued as SHARP GROSSMONT HOSPITAL)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER SNODGRASS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHARP HEALTHCARE, and SHARP GROSSMONT HOSPITAL,<br><br>Defendants. | Case No.: 3:19-cv-00702-L-LL<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THE ACTION**<br><br>**[Filed concurrently with Memorandum of Points and Authorities, Declaration of Teresa C. Chow, and (Proposed) Order]**<br><br>Hearing Date:       June 17, 2019<br>Hearing Time:       10:30 a.m.<br>Hearing Location:  Courtroom 5B<br><br>**No oral argument unless ordered by the Court.** |

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 17, 2019, at 10:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 5B of the above-entitled Court, located at 221 West Broadway, San Diego, CA 92101, Defendants Sharp Healthcare and Grossmont Hospital Corporation dba Sharp Grossmont Hospital, erroneously sued as Sharp Grossmont Hospital (collectively referred to as "Sharp") will move the Court for an order dismissing, or in the alternative, staying the above-caption action ("Motion"). This Motion is made on the grounds that this Court should refuse, pursuant to *Colorado River* abstention, to exercise jurisdiction over this action because an earlier-filed, substantially similar, and significantly more progressed action is currently pending in the Superior Court of California, County of San Diego.

This Motion is based upon this notice; the Memorandum of Points and Authorities in support thereof; the Declaration Teresa C. Chow; and such other oral argument and documentary evidence as may be presented at or before the time of the hearing on this Motion.

DATED: May 14, 2019

**BAKER & HOSTETLER LLP**

By:/s/ Teresa C. Chow
 Teresa C. Chow
 Matthew D. Pearson

Attorneys for Defendants
SHARP HEALTHCARE and
GROSSMONT HOSPITAL
CORPORATION, dba SHARP
GROSSMONT HOSPITAL
(erroneously sued as SHARP
GROSSMONT HOSPITAL)